CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 05 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

PRINCESS BROWNFIELD,
   Plaintiff,

v.

FLUVANNA CORRECTIONAL CENTER
FOR WOMEN, et al,
   Defendant(s),

Civil Action No. 7:18-cv-00236

**MEMORANDUM OPINION**

By: Michael F. Urbanski
Chief United States District Judge

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By Order entered 9/27/2018, the court directed plaintiff to submit within 10 days from the date of the Order the full filing fee or otherwise respond because it had come to the attention of the court that plaintiff was no longer an inmate, and no longer subject to the provisoin of the Prisoner Litigation Reform Act. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 2nd day of November, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge