CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
NOV 05 2018
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **PRINCESS BROWNFIELD,**<br>     Plaintiff, | Civil Action No. 7:18-cv-00236 |
| v. | **DISMISSAL ORDER** |
| **FLUVANNA CORRECTIONAL CENTER FOR WOMEN, et al,**<br>     Defendant(s), | By:  Michael F. Urbanski<br>Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 2nd day of ~~October~~ November, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge